AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

| | |
|---|---|
| West Bay One, Inc., <br> *Plaintiff* <br> v. <br> Andrea Fandrich, <br> *Defendant* | Civil Action No. 11 c v 117 ADM/FLN |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Andrea Fandrich
3806 South Rivershore Drive
Moorhead, MN 56560

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Troy A. Poetz
Matthew W. Moehrle
Rajkowski Hansmeier, Ltd.
11 7th Avenue North
P.O. Box 1433
St. Cloud, MN 56302

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT   **RICHARD D. SLETTEN**

Date: 1/18/11

*Signature of Clerk or Deputy Clerk*

STATE OF MINNESOTA                                                         CS-01 (REV. 7, 2009)

COUNTY OF CLAY

## CERTIFICATE OF SERVICE – CLAY COUNTY SHERIFF

I hereby certify and return that at 0817 hrs, on the 25th day of January, 2011. In the City of Moorhead, I attempted service of the within and attached:

*Summons and Complaint*

UPON THE FOLLOWING PARTY: ANDREA FANDRICH

[X] By personally leaving a copy with Andrea Fandrich

[ ] I have made diligent Search and Inquiry, and am unable to find said defendant within said County.

[ ] Unable to get a response. Notes:_____.

At 3806 South Rivershore Dr., Moorhead, MN., Clay County, State of Minnesota

Sheriff's Fees $ 35.00                                   Bill Bergquist, Sheriff of Clay County

Travel        $ 7.17                                     By: _____
                                                             Deputy Sheriff
Total         $ 42.17                                    Date:           01/25/11