UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MINNESOTA

| | |
|---|---|
| WEST BAY ONE, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CA. 0:11-cv-00117-ADM -FLN |
| | ) |
| ANDREA FANDRICH, | ) |
| | ) |
| Defendant. | ) |

**AFFIDAVIT OF DEFAULT**

I hereby certify under penalty of perjury, this 14th day of June, 2011, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant Andrea Fandrich was personally served with process on the 25th day of January, 2011.

I further certify under penalty of perjury that: no appearance has been entered by said defendant in this case; no pleading has been filed and none served upon the attorney for the plaintiff; no extension has been given and the time for the filing has expired.

The Clerk is requested to enter a Default against said defendant.

Dated this 14th day of June, 2011.

RAJKOWSKI HANSMEIER LTD.

By    s/ Matthew W. Moehrle
    Matthew W. Moehrle - 034767X
    Attorneys for Plaintiff
    11 Seventh Avenue North
    P.O. Box 1433
    St. Cloud, Minnesota 56302
    Telephone:  (320) 251-1055