UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MINNESOTA

| | |
|---|---|
| WEST BAY ONE, INC. | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CA. 0:11-cv-00117-ADM -FLN |
| | ) |
| ANDREA FANDRICH, | ) |
| | ) |
|     Defendant. | ) |
| _____ | ) |

## MILITARY AFFIDAVIT

I hereby certify under penalty of perjury, this 14th day of June, 2011, that I am the duly authorized agent of the plaintiff in the above-listed case and make this certificate on plaintiff's behalf.

I make this certificate pursuant to the provisions of the Soldiers and Sailors Act of 1940 and the provision of the Soldiers and Sailors Civil Relief Act Amendments of 1942 and 1960; that on behalf of the plaintiff, I have caused careful investigation to be made to ascertain whether or not the above-named defendant is in the military service of the United States or its Allies and that as a result of said investigation, I have discovered and do hereby allege that said defendant is not in the military service of the United States or its Allies, that is to say said defendant is not a member of the Army of the United States, the United States Navy, the Marine Corps, the Coast Guard and is not an officer of the public Health Service detailed by proper authority for duty either with the Army or Navy, and said defendant is not on active duty with any branches aforesaid, nor is said defendant under training or education under the supervision of the United States preliminary to induction in to the military services; and the defendant is not serving with the forces of any nation with which the United States is allied in the prosecution of any war, nor

2

has said defendant been ordered to report for induction under the Selective Training and Service Act of 1940, as amended, nor is the defendant a member of the Enlisted Reserve Corps ordered to repot for military service.

        RAJKOWSKI HANSMEIER LTD.


        By s/ Matthew W. Moehrle
         Matthew W. Moehrle - 034767X
         Attorneys for Plaintiff
         11 Seventh Avenue North
         P.O. Box 1433
         St. Cloud, Minnesota 56302
         Telephone:  (320) 251-1055