UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MINNESOTA

| | |
|---|---|
| WEST BAY ONE, INC. | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CA. 0:11-cv-00117-ADM -FLN |
| | ) |
| ANDREA FANDRICH, | ) |
| | ) |
|     Defendant. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 14, 2011, I caused the following documents:

    **Affidavit of Default**
    **Military Affidavit**
    **Default**

to be filed electronically with the Clerk of Court through ECF, and that I enclosed a true and correct copy thereof to:

    Andrea Fandrich
    3806 Rivershore Drive South
    Moorhead, MN  56560

Dated this 14th day of June, 2011.

                                                    s/LeAnn K. Platz
                                                    LeAnn K. Platz