## UNITED STATES DISTRICT COURT

### DISTRICT OF MINNESOTA

**WEST BAY ONE, INC.**                 **CLERK'S ENTRY OF DEFAULT**

                 Plaintiff(s)       Case Number:   11-cv-00117 ADM/FLN

v.

**ANDREA FANDRICH,**

                 Defendant(s)

It appearing that defendant(s) Andrea Fandrich is in default for failure to plead or otherwise defend in this action, as required by law, now, therefore, on application of plaintiff,

    **DEFAULT IS HEREBY ENTERED** against Andrea Fandrich.

this 15th day of June, 2011.

                                             RICHARD D. SLETTEN, CLERK

                                             s/J. Zuech

                           (By)   J. Zuech                 Deputy Clerk