AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

WEST BAY ONE, INC.

        Plaintiff,

V.

ANDREA FANDRICH,

        Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 11-CV-00117 ADM/FLN

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
That judgment be entered dismissing all claims against Andrea Fandrich with prejudice, including all crossclaims, counterclaims, and third-party claims, on the merits, and without costs or disbursements to any party.

| January 27, 2012 | RICHARD D. SLETTEN, CLERK |
|---|---|
| Date | |
| | s/ J. Zuech |
| | (By)  J. Zuech  Deputy Clerk |